IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re: FUTRELL, GREGORY L.<br>FUTRELL, CHRISTINE M.<br><br>Debtor(s) | Case No. 19-32132<br><br>Chapter 7<br><br>Judge: MARY ANN WHIPPLE |

**REQUEST FOR NOTICE
TO FILE CLAIMS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

It appears to the Trustee that there may be assets for distribution in the above-captioned matter. Please issue notice to creditors to file claims.

Respectfully submitted,

/s/Patti Baumgartner-Novak
Patti Baumgartner-Novak, Trustee

Date: 9/4/19